1  ROBERT B. SALLEY, ESQ. (Bar No. 132883)
   NARGUESS NOOHI, ESQ.; (Bar No. 274685)
2  **THARPE & HOWELL, LLP**
   **15250 Ventura Boulevard, Ninth Floor**
3  **Sherman Oaks, California  91403-3221**
   **Telephone:  (818) 205-9955**
4  **Facsimile:    (818) 205-9944**
   **E-Mail: rsalley@tharpe-howell.com**
5
   Attorneys for Defendant, BROOKSTONE COMPANY, INC.
6

7

8
                    UNITED STATES DISTRICT COURT
9
       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
10

11
   JOY RUGGIERO,                        )   CASE NO.: CV11-5508 CAS (FFMx)
12                                       )   *(Case Assigned to District Judge*
                        Plaintiff(s),    )   *Christina Snyder and assigned to*
13                                       )   *discovery Magistrate Judge Frederick*
   v.                                    )   *F. Mumm)*
14                                       )
   BROOKSTONE COMPANY, INC.;             )   *(Los Angeles County Superior Court*
15 and DOES 1 TO 10, inclusive,          )   *Case No. SC112677)*
                                         )
16                      Defendant(s).    )   ORDER OF DISMISSAL
   _____   )   PURSUANT TO STIPULATION
17                                           [CLOSED]

18      Pursuant to the stipulation to dismiss the entire action with prejudice,

19 executed by the parties in this matter, the case of Joy Ruggiero v. Brookstone

20 Company, Inc., and Does 1 to 10, inclusive, is hereby dismissed.

21      IT IS SO ORDERED

22

23 Dated: May 1, 2012              By:_____
                                       HONORABLE CHRISTINE SNYDER
24                                     United States District Judge

25

26

27

28                              - 1 -
   **ORDER** OF DISMISSAL PURSUANT TO STIPULATION
                              Ruggiero v. Brookstone Company, Inc., et al.
                              Case No. CV11-5508 CAS (FFMx)